# Exhibit 1



**Home Sport and Play Mat**



**Pro Martial Arts Sport**



**SoftTuff Gym Floor Protect**



**Home Tatami Sport Tile**



**SoftFloors Economy Reversible Foam Tile**