# Exhibit 2

| **Greatmats.com's Acts Constituting Infringement of Claim 1 of the '085 Patent** |
|---|
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Greatmats.com include a body with a peripheral wall having teeth and receiving slots, as seen in Exhibit 1.  These acts or features are required by and infringe claim 1. |
| Upon information and belief, the Home Sport and Play Mat mats and the Pro Martial Arts Sport mats sold, offered for sale, or imported by Greatmats.com have two layers, with each layer made of closed cell EVA foam rubber.  The SoftFloors Economy Reversible Foam Tile mats and Home Tatami Sport Tile mats sold, offered for sale, or imported by Greatmats.com have two layers, with each layer made of foam.  The the SoftTuff Gym Floor Protect mats sold, offered for sale, or imported by Greatmats.com have two layers, with each layer made of high density fiber.  In sum, each of the '085 Infringing Products has two layers, with each layer made of the same material as the other layer, such that each layer has the same coefficient of thermal expansion as the other layer.  These acts or features are required by and infringe claim 1. |
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Greatmats.com have two layers with different colors, as seen in Exhibit 1.  These acts or features are required by and infringe claim 1. |
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Greatmats.com have two layers that are bound together at an undulating boundary, as seen in Exhibit 1.  These acts or features are required by and infringe claim 1. |