# Exhibit 3


**Aerobic Flooring Pro Tile**


**Dense Foam Mats**


**Eco Interlocking Carpet Tiles**


**BestGym Rubber Tile Interlocking**


**Foam Floor Mats Premium**


**Foam Mats Economy**



**Foam Tiles Wood Grain**



**Play Mats Foam Puzzle Tile 4 Pack**



**Home Gym Mats Pebble**



**Sport Plus Designer Foam Tile**



**Royal Interlocking Carpet Tile**



**Pebble Top Foam Gym Floor Tile**



**SoftWoods Foam Tiles**